1  PAUL L. REIN, ESQ. (State Bar No. 43053)
   CELIA MCGUINNESS, ESQ. (State Bar No. 159420)
2  CATHERINE CABALO, ESQ. (State Bar No. 248198)
   LAW OFFICES OF PAUL L. REIN
3  200 Lakeside Drive, Suite A
   Oakland, CA  94612
4  Telephone:  (510) 832-5001
   Facsimile:  (510) 832-4787
5  reinlawoffice@aol.com

6  Attorneys for Plaintiff
   LEE CONWAY
7

8  *  *Defendant's counsel listed after the caption*

9

10             UNITED STATES DISTRICT COURT

11           FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13 LEE CONWAY,

                                    Case No. C14-05281 KAW
14         Plaintiff,
                                    Civil Rights
15    v.
                                    **STIPULATION AND
16                                  [PROPOSED] ORDER TO
   PEET'S OPERATING COMPANY,        EXTEND TIME UNDER F.R.C.P.
17 INC.; PEET'S COFFEE & TEA, INC.; RULE 12(F)**
   ROBYN HALLIN; MS. DOE RUIZ;
18 and; DOES 1-10, inclusive,       Action Filed: December 2, 2014

19         Defendants.

20

21 DAVID F. FAUSTMAN, ESQ. (State Bar No. 81862)
   dfaustman@foxrothschild.com
22 CRISTINA ARMSTRONG, ESQ. (State Bar No. 246156)
   carmstong@foxrothschild.com
23 FOX ROTHSCHILD, LLP
   345 California Street, Suite 2200
24 San Francisco, CA 94104
   Telephone: 415.364.5540
25 Facsimile: 415.391.4436

26 Attorneys for Defendants
   PEET'S OPERATING COMPANY, INC. and
27 PEET'S COFFEE & TEA, INC.

28

---

# STIPULATION

**TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

WHEREAS, this case has been assigned for early disclosures and mediation under General Order 56;

WHEREAS, plaintiff's deadline for filing a motion under Federal Rule of Civil Procedure ("FRCP") Rule 12(f) regarding defendants PEET'S OPERATING COMPANY, INC. and PEET'S COFFEE & TEA, INC.'s Answer is January 28, 2015;

WHEREAS, plaintiff and defendants wish to avoid the time and expense of briefing an FRCP 12(f) motion until/unless mediation under General Order 56 does not succeed;

IT IS HEREBY STIPULATED by and among plaintiff and defendants that the deadline for plaintiff to file any motion under FRCP 12(f) be extended to 45 days past the date the mediator certifies that mediation under General Order 56 has been completed. It is also stipulated that 1) the parties shall meet and confer within 7 days after the mediation has been certified as completed; 2) that defendant shall thereafter be allowed an opportunity to voluntarily amend its answer prior to plaintiff filing any Rule 12(f) motion; and 3) that any amended answer shall be filed no later than 7 days after the parties meet and confer.

**IT IS SO STIPULATED.**

Dated: January 27, 2015            LAW OFFICES OF PAUL L. REIN

                                        */s/ Catherine Cabalo*
                                 By: CATHERINE CABALO, ESQ.
                                 Attorneys for Plaintiff
                                 LEE CONWAY

Dated:  January 27, 2015           FOX ROTHSCHILD, LLP


     */s/ Cristina Armstrong*
By:  CRISTINA ARMSTRONG, ESQ.
Attorneys for Defendants
PEET'S OPERATING COMPANY, INC. and
PEET'S COFFEE & TEA, INC.

- 3 -

1 **ORDER**

2  Pursuant to the stipulation of the parties, and for good cause shown, it is
3 hereby ORDERED that the deadline for plaintiff to file any motion under Federal
4 Rule of Civil Procedure 12(f) against defendants PEET'S OPERATING
5 COMPANY, INC. and PEET'S COFFEE & TEA, INC. be extended to 45 days past
6 the date the mediator certifies that mediation under General Order 56 has been
7 completed.  The parties shall meet and confer within 7 days after the mediation has
8 been certified as completed.  Defendant PEET'S OPERATING COMPANY, INC.
9 and PEET'S COFFEE & TEA, INC. shall thereafter be allowed an opportunity to
10 voluntarily amend its answer prior to plaintiff filing any FRCP 12(f) motion.  Any
11 amended answer shall be filed no later than 7 days after the parties meet and confer.
12 **IT IS SO ORDERED.**

13

14

15 Dated: __2/4_____, 2015           _____*Kandis Westmore*_____
16                                                            Honorable Kandis A. Westmore
                                                                 United States Magistrate Judge
17

18

19

20

21

22

23

24

25

26

27

28